**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-26211-CIV-SMITH**

LLIMY PALOMINO PEREZ,

Petitioner,

v.

UNITED STATES
ATTORNEY GENERAL, *et al.*,

Respondents.
_____________________________/

**ORDER TO SHOW CAUSE**

This case is before the Court upon Llimy Palomino Perez's ("Petitioner") *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [DE 1]. Petitioner argues "there is not [a] significant [likelihood] of removal in the reasonably foreseeable future" and his continued detention violates his due process rights. (Pet. 2–3.) He requests immediate release, with or without bond. (Pet. 3.)

When considering a § 2241 application for writ of habeas corpus, a court "shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted." 28 U.S.C. § 2243. "The writ, or order to show cause shall be directed to the person having custody of the person detained. It shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed." *Id.*

Accordingly, it is **ORDERED AND ADJUDGED** that

1. An expedited review process is ordered due to the nature of the proceedings.
2. Counsel for Respondents must notify the Court within **five days** of receipt of this Order of the name of the Assistant United States Attorney to whom the case is assigned.

3. **Within fifteen (15) days of the date of this order**, Respondents shall file a memorandum of fact and law to show cause why this Petition should not be granted and shall file therewith all documents necessary for the resolution of the Petition.

4. Extensions of time shall not be afforded without documentation confirming that a good faith basis for the extension exists.

**DONE AND ORDERED** in Fort Lauderdale, Florida, on this 23rd day of September, 2026.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: **Counsel of Record**

**Llimy Palomino Perez, *pro se***
A# 074130833
Krome Service Processing Center
Inmate Mail/Parcels
18201 SW 12th Street
Miami, FL 33194